CLYDE L. DAY *et al., Appellants,* v. THE KANSAS CITY PIPE LINE COMPANY, *Appellee.*

No. 16,420.

Appeal from Wilson district court; JAMES W. FINLEY, judge. Opinion filed June 11, 1910. Reversed.

*H. P. Farrelly,* and *T. R. Evans,* for the appellants.
*John J. Jones,* and *Eugene Mackey,* for the appellee.

*Per Curiam:* This is an action to cancel an oil-and-gas lease. It is claimed that the action can not be maintained for the reason that the plaintiff has an adequate remedy at law. The facts are sufficiently similar to the Howerton case to make it controlling here. This case is therefore reversed upon the authority of *Howerton v. Gas Co.,* decided upon rehearing, ante, p. 367.